UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD BUZZARD, JR., <br><br> Petitioner, <br><br> v. <br><br> MELISSA ANDREWJESKI, <br><br> Respondent. | CASE NO. 2:22-cv-00059-RAJ-JRC <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the report and recommendation of Chief Magistrate Judge J. Richard Creatura, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the report and recommendation.

(2) Petitioner's federal habeas petition is dismissed without prejudice, and the case is closed.

(3) A certificate of appealability is denied in this case.

(4) The Clerk is directed to send a copy of this Order to Judge Creatura.

DATED this 11th day of May, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1